**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.57.198.100 | 2011-12-04 04:19:44 -0500 | Sprint PCS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 108.14.74.32 | 2011-12-03 13:51:57 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 108.21.57.144 | 2011-12-09 20:38:07 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 108.21.75.159 | 2011-11-11 21:05:18 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 108.27.238.239 | 2011-12-12 18:15:39 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 108.27.247.78 | 2011-12-03 08:31:54 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 108.27.64.161 | 2011-11-05 15:22:59 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 108.27.73.247 | 2011-12-05 21:11:01 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 108.4.138.174 | 2011-11-17 23:59:34 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 108.41.199.193 | 2011-11-05 23:15:24 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 108.41.21.59 | 2011-11-02 10:17:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 108.41.22.132 | 2011-11-29 10:52:22 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 108.46.144.198 | 2011-11-14 01:26:53 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 108.46.145.240 | 2011-11-30 20:36:02 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 108.46.230.215 | 2011-11-22 09:58:59 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 108.54.144.100 | 2011-11-08 01:39:59 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 108.54.221.168 | 2011-12-08 16:03:42 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 108.54.4.232 | 2011-11-18 17:05:38 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 108.54.91.58 | 2011-11-02 19:19:04 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 108.6.3.139 | 2011-12-11 03:03:35 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 108.6.34.223 | 2011-12-02 16:03:31 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 173.52.86.109 | 2011-11-04 06:57:15 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 173.62.14.188 | 2011-11-06 17:13:44 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 173.62.31.162 | 2011-12-13 00:26:16 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 173.62.64.185 | 2011-11-03 23:59:49 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 173.64.15.224 | 2011-11-03 20:51:27 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 173.77.173.172 | 2011-11-09 07:07:42 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 184.152.77.251 | 2011-11-21 13:50:51 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 29 | 184.153.119.242 | 2011-11-06 23:06:59 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 184.153.72.87 | 2011-11-06 01:06:46 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 208.105.101.177 | 2011-11-17 02:44:02 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 24.193.129.202 | 2011-11-24 09:13:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 24.199.91.7 | 2011-12-10 14:16:43 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 24.42.84.6 | 2011-11-22 03:16:59 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 24.58.236.169 | 2011-11-30 23:45:12 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 24.59.2.231 | 2011-11-18 09:13:25 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 24.59.91.133 | 2011-11-20 16:28:59 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 24.90.139.148 | 2011-11-20 20:07:02 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 24.90.214.210 | 2011-11-25 15:10:49 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 24.90.69.77 | 2011-12-08 02:52:25 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 24.93.29.243 | 2011-11-01 20:05:15 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 50.14.253.66 | 2011-12-10 15:50:57 -0500 | Clearwire Corporation | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 64.131.221.2 | 2011-12-11 22:13:17 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 64.185.139.212 | 2011-11-06 07:32:45 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 66.65.163.224 | 2011-11-11 20:13:09 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 66.65.44.76 | 2011-11-16 20:36:02 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 66.66.1.174 | 2011-11-02 01:15:22 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 66.66.10.107 | 2011-11-02 20:21:46 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 66.66.11.14 | 2011-11-06 19:41:45 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 66.66.160.128 | 2011-11-27 21:08:32 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 66.66.18.117 | 2011-11-29 09:05:19 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 66.66.72.170 | 2011-12-03 15:24:57 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 67.240.190.27 | 2011-12-05 21:06:57 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 67.241.136.76 | 2011-12-06 02:55:17 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 67.241.40.13 | 2011-11-27 14:18:44 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 67.241.42.228 | 2011-12-10 13:51:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 67.241.58.82 | 2011-12-04 02:34:27 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 67.241.59.242 | 2011-11-21 09:12:19 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 67.241.61.209 | 2011-11-24 23:46:04 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 67.242.100.211 | 2011-11-21 23:54:08 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 67.242.197.100 | 2011-11-22 03:13:18 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 67.242.200.243 | 2011-11-16 03:00:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 67.242.40.243 | 2011-11-28 15:11:47 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| | | | | | |
|---|---|---|---|---|---|
| Doe 64 | 67.243.137.31 | 2011-11-17 01:10:31 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 65 | 67.244.75.61 | 2011-11-18 08:45:15 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 67.246.27.137 | 2011-11-28 07:43:21 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 67.247.208.23 | 2011-12-01 19:42:50 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 67.247.227.58 | 2011-11-23 01:21:18 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 67.247.95.252 | 2011-11-11 12:09:35 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 67.249.0.94 | 2011-11-21 02:25:42 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 67.249.181.240 | 2011-11-15 23:59:40 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 67.249.198.67 | 2011-11-17 01:40:00 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 67.249.241.177 | 2011-11-21 21:21:46 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 67.249.247.193 | 2011-12-01 23:35:46 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 67.249.46.98 | 2011-11-17 23:56:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 67.250.12.221 | 2011-11-18 18:23:06 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 67.251.84.180 | 2011-11-25 22:39:56 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 67.252.169.109 | 2011-12-10 21:19:11 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 67.253.174.245 | 2011-10-30 16:49:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 68.172.221.141 | 2011-11-15 00:37:18 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 68.173.131.212 | 2011-11-22 09:16:21 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 68.173.133.218 | 2011-11-24 18:53:25 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 68.173.238.98 | 2011-12-07 23:59:55 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 68.174.109.67 | 2011-12-02 13:49:52 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 68.174.62.42 | 2011-11-09 02:18:48 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 68.175.66.238 | 2011-11-30 10:02:12 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 69.203.127.118 | 2011-10-29 15:23:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 69.203.146.74 | 2011-11-08 23:32:44 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 69.204.102.43 | 2011-11-14 03:09:15 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 69.204.102.5 | 2011-11-15 23:58:49 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 69.204.128.44 | 2011-12-01 22:54:01 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 69.204.58.9 | 2011-11-17 23:58:40 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 69.205.118.210 | 2011-11-27 09:19:35 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 69.205.141.84 | 2011-11-21 13:54:33 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 69.205.152.232 | 2011-11-18 08:53:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 69.205.238.238 | 2011-11-04 20:06:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 69.206.132.211 | 2011-11-25 19:56:50 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 69.207.180.17 | 2011-12-03 13:41:43 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 69.86.1.70 | 2011-11-20 23:59:38 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 100 | 69.86.82.139    | 2011-11-02 03:08:20 -0400 | EarthLink                 | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 101 | 71.164.94.103   | 2011-11-02 20:52:50 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 71.176.77.21    | 2011-11-16 18:07:58 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 71.182.99.244   | 2011-12-10 02:14:10 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 71.183.210.38   | 2011-11-29 09:08:49 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 71.186.188.177  | 2011-10-29 23:15:14 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 71.190.183.11   | 2011-11-19 11:08:42 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 72.224.17.208   | 2011-12-05 08:20:47 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 72.226.77.167   | 2011-12-02 14:21:37 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 72.227.135.194  | 2011-10-30 04:43:48 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 72.228.183.170  | 2011-11-27 03:08:36 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 72.229.224.204  | 2011-11-23 14:08:45 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 72.230.165.141  | 2011-11-15 17:30:25 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 72.231.218.254  | 2011-12-06 02:02:02 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 72.231.222.254  | 2011-11-08 02:22:01 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 72.231.246.37   | 2011-12-01 19:42:50 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 72.68.226.26    | 2011-12-06 08:21:27 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 72.89.145.245   | 2011-12-12 02:29:38 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 72.89.237.180   | 2011-12-06 21:24:40 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 74.101.210.251  | 2011-11-18 10:13:51 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 74.101.37.55    | 2011-11-03 12:01:28 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 74.106.9.37     | 2011-11-13 22:58:51 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 74.108.107.170  | 2011-12-13 03:02:37 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 74.111.24.90    | 2011-12-04 23:59:56 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 74.65.4.226     | 2011-12-03 20:44:05 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 74.65.43.51     | 2011-12-07 23:15:12 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 74.66.227.216   | 2011-12-05 02:42:59 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 74.66.3.119     | 2011-12-05 20:19:29 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 74.66.66.85     | 2011-11-28 22:26:22 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 74.67.130.239   | 2011-11-20 20:19:09 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 74.67.130.59    | 2011-11-06 15:05:14 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 74.67.132.218   | 2011-11-13 15:06:41 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 132 | 74.67.207.28    | 2011-11-09 08:23:31 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 133 | 74.68.31.2      | 2011-11-18 23:42:04 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 134 | 74.69.109.51    | 2011-10-30 19:34:31 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 135 | 74.69.148.14    | 2011-11-25 23:13:16 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe | IP Address | Timestamp | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 136 | 74.69.184.51 | 2011-11-06 02:48:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 137 | 74.70.238.239 | 2011-11-26 20:25:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 138 | 74.71.172.249 | 2011-12-08 20:16:25 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 139 | 74.71.242.1 | 2011-11-08 20:37:05 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 140 | 74.71.31.109 | 2011-12-09 19:14:38 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 141 | 74.71.62.167 | 2011-11-06 18:33:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 142 | 74.72.189.42 | 2011-12-06 23:48:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 143 | 74.73.27.46 | 2011-12-07 19:47:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 144 | 74.74.251.162 | 2011-12-04 21:12:31 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 145 | 74.76.230.7 | 2011-11-30 14:48:04 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 146 | 74.77.127.131 | 2011-11-26 19:59:07 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 147 | 74.77.237.114 | 2011-12-05 02:06:05 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 148 | 74.77.27.164 | 2011-12-02 15:10:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 149 | 74.77.96.150 | 2011-11-13 13:24:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 150 | 74.78.226.23 | 2011-12-09 03:15:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 151 | 74.78.250.199 | 2011-11-02 00:45:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 152 | 74.79.147.228 | 2011-11-01 21:07:31 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 153 | 74.79.247.143 | 2011-10-31 14:06:35 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 154 | 74.79.253.57 | 2011-11-15 21:18:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 155 | 75.138.162.8 | 2011-11-13 18:26:37 -0500 | CHARTER COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 156 | 76.15.53.79 | 2011-11-17 03:07:53 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 157 | 76.15.54.241 | 2011-11-10 15:07:42 -0500 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 158 | 76.180.163.183 | 2011-11-08 21:01:33 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 159 | 96.232.164.34 | 2011-12-02 20:14:58 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 160 | 96.232.199.134 | 2011-11-27 22:52:33 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 161 | 96.233.195.62 | 2011-11-28 15:04:21 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 162 | 96.236.41.240 | 2011-11-14 21:24:20 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 163 | 96.246.154.123 | 2011-11-21 07:43:51 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 164 | 96.246.155.146 | 2011-11-01 17:20:32 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 165 | 96.246.165.15 | 2011-11-20 02:45:27 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 166 | 96.248.43.62 | 2011-11-05 20:16:21 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 167 | 96.248.59.212 | 2011-11-21 14:17:38 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 168 | 96.250.171.164 | 2011-11-22 21:52:27 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 169 | 96.250.78.186 | 2011-11-10 22:59:12 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 170 | 96.250.9.181 | 2011-12-01 03:13:40 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 171 | 98.113.58.167 | 2011-11-19 00:07:55 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 172 | 98.116.82.159   | 2011-11-03 01:15:15 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 173 | 98.116.98.115   | 2011-12-03 03:13:04 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 174 | 98.118.145.205  | 2011-10-30 02:15:24 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 175 | 98.14.150.228   | 2011-12-03 23:10:39 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 176 | 98.14.220.54    | 2011-11-09 20:13:24 -0500 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |