```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIGITAL SIN, INC.,

            Plaintiff,

-against-

DOES 1-176,

            Defendant.

------------------------------------------------------------X

ORDER OF SERVICE

12-civ-00126 (AJN)

ALISON J. NATHAN, United States District Judge:

### SCHEDULING ORDER FOR TELEPHONE CONFERENCE
### ON PLAINTIFF'S EX PARTE MOTION FOR EXPEDITIED DISCOVERY

1.    Counsel for Digital Sin, Inc. is directed to be available by phone for a conference with the Court regarding its ex parte application for expedited discovery at 3:00 PM on January 17, 2012. The Court will call counsel at a telephone number provided by counsel to the Court to initiate the conference.

2.    This conference may not be adjourned without direction from the Court.

3.    All mail and telephone calls concerning the calendar status of this action must be directed to the courtroom deputy, Ms. Sayra DeCasseres, at (212) 805-4505. Any requests for interpreters must be made at least 24 hours in advance of the hearing at which such services are required by calling the Interpreters Office at (212) 805-0084.

4.    Should counsel for Plaintiff become aware of the identities of any of the John Doe defendants prior to the time of the conference, it shall be the responsibility of Plaintiff's counsel to alert those defendants about the conference and to notify the Court.

SO ORDERED:

_____
ALISON J. NATHAN
United States District Judge

Dated: January 17, 2012
       New York, New York