UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DIGITAL SIN, INC.  :  12-CV-00126 (AJN)
        Plaintiff,  :
          :  <u>ORDER</u>
    -v-  :
          :
JOHN DOES 1–176  :
        Defendants.  :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 3 2012
```

ALISON J. NATHAN, District Judge:

    The motion to sever (Docket #8) is DENIED for the reasons explained in the Court's Opinion and Order dated January 30, 2012 (Docket #6).

SO ORDERED:

*[signature]*
ALISON J. NATHAN
United States District Judge

Dated: April 13, 2012
       New York, New York