## Docket and File

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
attn:
Hon. Alison J. Nathan



Digital Sin Inc.
AJN
Plaintiff
vs
Does 1-176

CASE NO. 12-CV-00126-

Motion to Quash Subpoena
served upon Custodian of
records
EarthLink
1375 Peachtree Street,
Level A, Atlanta GA 30309

Comes now Doe number 157 and states as follows:

1. An IP address is obtainable by the general public by such means as a simple instant messaging chat or by other means.
2. Alleged partaking in a "swarm" of peer to peer file sharing could possibly show a IP address of a unknowing internet subscriber. Possible reasons for this are but not limited to:
    1. An open wireless setup.
    2. Visitors to the subscribers home.
    3. Upon researching how a bit torrent client works it was discovered that even after a legitimate download of an Free Public Use File the client continued to run in the background even after closing the program. This results in the bit torrent client getting hits from other instances of bit torrent clients running on computers on the internet, not all the hits were for the same Free Public Use File that was downloaded.

I did not download this file. If just having an IP address can link a subscriber to copyright infringement suits, all internet subscribers could possibly face damage to their reputation, harassment and embarrassment.

Respectfully submitted
Doe 157
April 23, 2012