
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Digital Sin, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Digital Sin, Inc.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-176,<br><br>　　　　　　　Defendants. | CASE NO. 12-CV-00126-AJN<br><br>**Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant(s), Namely Doe(s) 24** |

In connection with the Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 24 | 173.62.31.162 | 2011-12-13 00:26:16 -0500 |

Plaintiff dismisses without prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: May 14, 2012

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033

Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant(s) - Case No. 12-CV-00126-AJN

1

Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Digital Sin, Inc.